IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SOFTWRITERS, INC. </br>       Plaintiff, </br> </br> v. </br> </br> IND CONSULTING, LLC, </br> </br>       Defendants. | ) </br> ) </br> ) </br> )  Civil Action No. 2:17-CV-01448-AJS </br> ) </br> ) </br> ) </br> ) </br> ) |

## JOINT MOTION TO CLOSE CASE ADMINISTRATIVELY

The parties to this action having reached an interim settlement, hereby jointly move the Court to administratively close this matter. The Court shall retain jurisdiction over this matter, subject to it being reopened pursuant to the terms of the Interim Settlement Agreement dated April 20, 2018.

Respectfully submitted:

| | |
|---|---|
| */s/John C. Hansberry* </br> John C. Hansberry (PA I.D. No. 74721) </br> </br> Pepper Hamilton LLP </br> One Mellon Center </br> 500 Grant Street, 50th Floor </br> Pittsburgh, PA 15219 </br> Telephone:  (412) 454-5000 </br> Facsimile: (412) 281-0717 </br> hansberj@pepperlaw.com </br> </br> *Attorneys for Plaintiff SoftWriters, Inc.* | */s/Steven Zoffer* </br> Steven Zoffer (PA I.D. No. 62497) </br> Michael Flynn (PA I.D. No. 206150) </br> Dickie McCamey & Chilcote </br> Two PPG Place </br> Suite 400 </br> Pittsburgh, PA 15222 </br> Telephone:  (412) 4281-7272 </br> Facsimile: (888) 811-7144 </br> szoffer@dmclaw.com </br> mflynn@dmclaw.com </br> *Attorneys for Defendant IND Consulting, LLC* |

7137139.1