IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SOFTWRITERS, INC. <br> Plaintiff, | ) <br> ) <br> ) |
| v. | ) Civil Action No. 2:17-CV-01448-AJS |
| IND CONSULTING, LLC, <br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) |

**ORDER OF COURT**

NOW, this 25th day of April, 2018, upon consideration of the parties' Joint Motion to Close Case Administratively, it is hereby **ORDERED, ADJUDGED, and DECREED** that the foregoing is **GRANTED**, and this case shall be marked Closed.

_____
J.